**B5 (Official Form 5) (12/07)**

| United States Bankruptcy Court<br>_____Eastern_____ District of _____Virginia_____ | **INVOLUNTARY PETITION** |
|---|---|

| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br>Chasen's Business Interiors, Inc. | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.)<br>Chasen's E-Workspace<br>E-Workspace<br>Chasen's E-Workspaces<br>E-Workspaces |
|---|---|
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN<br>(If more than one, state all.): 54-0681309 | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>7100 Forest Avenue, Suite 100<br>Richmond, VA 23226 | MAILING ADDRESS OF DEBTOR (If different from street address) |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Henrico                       ZIP CODE<br>                                           23226 | ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☒ Chapter 7    ☐ Chapter 11

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

| Nature of Debts<br>(Check **one** box.)<br>Petitioners believe:<br>☐ Debts are primarily consumer debts<br>☒ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>☒ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check **one** box.)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☒ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>_[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]_ |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1. ☒ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).<br>2. ☒ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ☒ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>      or<br>   b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

B5 (Official Form 5) (12/07) – Page 2    Name of Debtor Chasen's Business Interiors, Inc.

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x /s/ Keith Horton | x /s/ Richard E. Biemiller          10/14/09 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney          Date |
| Towne Bank          10/14/09 | Richard E. Biemiller, Wolcott Rivers Gates |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| | 301 Bendix Road, Suite 500, VB, VA 23452 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Keith Horton 6001 Harbour View Blvd. Suffolk, VA 23435 | Address |
| | (757) 497-6633 |
| | Telephone No. |

| | |
|---|---|
| x /s/ Steven E. Gulley, CFO | x |
| Signature of Petitioner or Representative (State title) | Signature of Attorney          Date |
| Guardian Fund II-Twin Oaks 2, LLC          10/14/09 | |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Steven E. Gulley, CFO 6000 Executive Blvd., Ste 400 North Bethesda, MD 20852 | Address Telephone No. |

| | |
|---|---|
| x /s/ Chris Wikel | x |
| Signature of Petitioner or Representative (State title) | Signature of Attorney          Date |
| Amcase, Inc.          10/14/09 | |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Chris Wikel, Controller 2880 Ridgewood Park Dr. Winston-Salem, NC 27107 | Address Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| TowneBank, 6001 Harbour View Blvd., Suffolk, VA 23435 | breach of contract | $265,038.04 |
| Guardian Fund II-Twin Oaks 2, LLC, 6000 Executive Blvd, Ste 400, North Bethesda, MD 20852 | breach of contract | $46,384.38 |
| Amcase, Inc., 2880 Ridgewood Park Dr., Winston-Salem, NC 27107 | breach of contract | $2,563.50 |
| Note:   If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims  $313,985.92 |

_____ continuation sheets attached

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re: Chasen's Business Interiors, Inc.

Debtor.                         Case No.:

## FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Federal Rule o Bankruptcy Procedure 7007.1 and Local Bankruptcy Rule 7007-1 of the Eastern District of Virginia and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for

Guardian Fund II-Twin Oaks 2, LLC

in the above captioned action, certifies that the following is a corporation, other than the debtor or governmental unit, that directly or indirectly owns 10% or more of any class of the corporation's equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [Check if applicable]

10/13/09                               /s/ Steven E. Gulley
Date                                   Signature of Attorney or Litigant
                                       Counsel for Guardian Fund II-Twin Oaks 2, LLC

**Note: This form is to be filed with the Clerk of the Court. If the proceeding is not assigned to the Electronic Case Filing System, the statement shall be filed in duplicate; otherwise, the statement shall be filed consistent with the Electronic Case Filing System requirements approved by the Court.**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re: Chasen's Business Interiors, Inc.

Debtor.                                Case No.:

## FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Federal Rule o Bankruptcy Procedure 7007.1 and Local Bankruptcy Rule 7007-1 of the Eastern District of Virginia and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for

Amcase, Inc.
_____

in the above captioned action, certifies that the following is a corporation, other than the debtor or governmental unit, that directly or indirectly owns 10% or more of any class of the corporation's equity interests, or states that there are no entities to report under FRBP 7007.1:

_____
_____

☒ None [Check if applicable]

| | |
|---|---|
| 10/12/09 | /s/ Chris Wikel – Controller |
| Date | Signature of Attorney or Litigant |
| | Amcase, Inc. |

**Note: This form is to be filed with the Clerk of the Court. If the proceeding is not assigned to the Electronic Case Filing System, the statement shall be filed in duplicate; otherwise, the statement shall be filed consistent with the Electronic Case Filing System requirements approved by the Court.**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re: Chasen's Business Interiors, Inc.

Debtor.                           Case No.:

## FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Federal Rule o Bankruptcy Procedure 7007.1 and Local Bankruptcy Rule 7007-1 of the Eastern District of Virginia and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for

Towne Bank

in the above captioned action, certifies that the following is a corporation, other than the debtor or governmental unit, that directly or indirectly owns 10% or more of any class of the corporation's equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [Check if applicable]

10/14/09                               /s/ Keith Horton
Date                                   Signature of Attorney or Litigant
                                       Counsel for Towne Bank

**Note: This form is to be filed with the Clerk of the Court. If the proceeding is not assigned to the Electronic Case Filing System, the statement shall be filed in duplicate; otherwise, the statement shall be filed consistent with the Electronic Case Filing System requirements approved by the Court.**